NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MARK D. JOHNSON
DEBORAH E. GREAVES
ERIKA P. SANCHEZ
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor, Los Angeles, California 90071
213-629-5700

CLEAR FORM

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GROUND GAME LA, a California nonprofit corporation

Plaintiff(s),

v.

CERISE CASTLE, an individual; BENJAMIN CAMACHO, an individual; KATJA SCHATTE, an individual; MORGAN KEITH, an individual; KNOCK LA, a California nonprofit corporation,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       GROUND GAME LA, a California nonprofit corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

4/30/2025
Date

/s/ *Mark D. Johnson*
Signature

Attorney of record for (or name of party appearing in pro per):

Ground Game LA