# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GROUND GAME LA, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CERISE CASTLE, an individual; BENJAMIN CAMACHO, an individual; KATJA SCHATTE, an individual; MORGAN KEITH, an individual; KNOCK LA, a California nonprofit corporation,<br><br>Defendant. | Case No. 2:25-cv-03852-MRA-JPR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REDACT SUMMONS**<br><br>Judge:  Hon. Monica R. Almadani |

The Court, having read and considered the Joint Stipulation submitted by Plaintiff GROUND GAME LA and Defendant CERISE CASTLE, and finding GOOD CAUSE thereon, hereby ORDERS as follows:

/ / /

/ / /

/ / /

1. The Court shall permit the filing of a redacted Summons removing Cerise Castle's residential address and seal the unredacted version currently on the docket (Dkt. 1-4).

IT IS SO ORDERED.

_____
Hon. Monica R. Almadani
United States District Judge

_____, 2025
Date

4911-0153-9412, v. 3