# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUND GAME LA, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CERISE CASTLE, an individual; BENJAMIN CAMACHO, an individual; KATJA SCHATTE, an individual; MORGAN KEITH, an individual; KNOCK LA, a California nonprofit corporation,<br><br>Defendant. | Case No. 2:25-cv-03852-MRA-JPR<br><br>**ORDER DENYING JOINT STIPULATION TO REDACT SUMMONS WITHOUT PREJUDICE**<br><br>Judge: Hon. Monica R. Almadani |

The Court, having read and considered the parties' Joint Stipulation, hereby **DENIES** the Stipulation without prejudice. The parties have not articulated compelling reasons to refile the Summons with redactions to remove Defendant Cerise Castle's residential address, as opposed to any other address. Moreover, the Court cannot seal the unredacted version currently on the docket [1-4] without sealing the entire docket entry. Thus, the parties may renew their request consistent with Local Rule 79-5.2.2 and propose a different solution to address their concern.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge