**ARS COUNSEL, P.C.**
Almuhtada Smith (Cal. Bar No. 263762)
asmith@arscounsel.com
515 S. Flower St., 18th Floor
Los Angeles, CA 90071
Telephone: (213) 293-3565
Attorney for Defendant Cerise Castle

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GROUND GAME LA, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CERISE CASTLE, an individual; BENJAMIN CAMACHO, an individual; KATJA SCHATTE, an individual; MORGAN KEITH, an individual; KNOCK LA, a California nonprofit corporation,<br><br>Defendant. | Case No. 2:25-cv-03795-MRA-JDE<br><br>**DECLARATION OF CERISE CASTLE**<br><br>Judge: Hon. Monica R. Almadani |

**DECLARATION OF CERISE CASTLE**

I, Cerise Castle, declare as follows:

1. I am a defendant in this action and make this declaration in support of an application to seal the original summons and file a redacted version.

2. I am an investigative journalist. In March 2021, I published a series entitled "A Tradition of Violence," which exposed alleged deputy gangs in the LASD.

3. Since publication, I have been subjected to repeated threats, including specific death threats that reference my partner and dog.

4. I have been informed that my activity was monitored by members of the Los Angeles County Sheriff's Department. I have reported threats to federal law enforcement.

5. National and international press freedom organizations have documented the threats and surveillance I have experienced as a result of my reporting.

6. I believe that public disclosure of my home address would place me at serious risk of physical harm.

7. I have retained counsel, Almuhtada Smith of ARS Counsel, P.C., and I now use his law office address (515 S. Flower St., 18th Fl, Los Angeles, CA 90071) as my designated address for service and filings.

8. I am prepared to submit supporting materials under seal or for in camera review if requested by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 18, 2025, in Los Angeles, California.

By:     /s/ Cerise Castle
        Cerise Castle