**ARS COUNSEL, P.C.**
Almuhtada Smith (Cal. Bar No. 263762)
asmith@arscounsel.com
515 S. Flower St., 18th Floor
Los Angeles, CA 90071
Telephone: (213) 293-3565
Attorney for Defendant Cerise Castle

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GROUND GAME LA, a California nonprofit corporation,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CERISE CASTLE, an individual; BENJAMIN CAMACHO, an individual; KATJA SCHATTE, an individual; MORGAN KEITH, an individual; KNOCK LA, a California nonprofit corporation,<br><br>　　　Defendants. | Case No. 2:25-cv-03852-MRA-JPR<br><br>**NOTICE OF WITHDRAWAL OF PRIOR MOTIONS (DKT. NOS. 43, 44)**<br><br>Judge:　Hon. Monica R. Almadani |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Cerise Castle hereby withdraws the filings at Docket Nos. 43 and 44 (each titled "Notice of Motion and Motion to Dismiss"). Those submissions were incomplete because, due to technical difficulties with the CM/ECF platform, certain required attachments/exhibits did not upload.

This withdrawal is without prejudice. Defendant will re-file complete, corrected motion papers today, with all supporting declarations and exhibits, and will notice the hearing in accordance with the Local Rules (and any party stipulations already on file).

The parties and the Court should disregard Dkt. Nos. 43 and 44, as the forthcoming refiled motion(s) will be the operative submission(s).

DATED:  August 29, 2025            ARS COUNSEL, P.C.


                                   By:    /s/ Almuhtada Smith
                                          Almuhtada Smith
                                          Attorneys for Defendants
                                          Cerise Castle