# EXHIBIT A



← **Post**

**@cerisecastle.bsky.social**
@cerisecastle

I've been on Knock LA's admin team since 2022. I've coordinated skills building workshops w/ journalism orgs, overseen award winning reporting & secured major funders. Last night @GroundGameLA maliciously deleted all of my @knockdotLA accounts. Pls read our newsroom's open letter

In 2017, members of Ground Game LA created a Medium blog called Knock LA. In 2021, Knock LA leadership re-launched the blog as an independent newsroom with the publication of Cerise Castle's groundbreaking series on deputy gangs, 'A Tradition of Violence.'

Knock LA has provided crucial reporting on issues facing the Greater LA region such as

Ground Game LA, as well as Ground Game LA beginning a transfer of Knock LA's journalism grants to Knock LA accounts.

At 8:30PM on 4/10/2024, Ground Game LA removed Cerise Castle, Ben Camacho, and Katja Schatte from Slack. They also deleted any accounts they individually had on the Knock LA workspace.

Ground Game LA also has removed our access

freelancers and leadership of Knock LA, are now going public as a last resort to have full control of our newsroom. Please stand with us and demand that Ground Game LA return what is ours. You can post about it on social media using this toolkit, and send a letter to Ground Game LA and POWER leadership here.

Ground Game LA: hands off our work! Apologize to Knock LA, complete the asset transfers, cease the stifling of LA journalism!

outside of Knock LA and has put that employment at risk.
+ Due to the lockout, Knock LA has no way to contact organizations who have scheduled training and workshops to develop the newsroom's journalism skills.
+ Ground Game LA also has removed our access to our social media accounts and administrative emails.

7:13 AM · Apr 11, 2024 · **460.3K** Views

💬 25          ↻ 447          ♡ 890          🔖 129          ⬆

💬 **Read 25 replies**

**A-1**



**A-2**



**A-3**



**A-4**





# EXHIBIT B



**B-1**



**B-2**



**B-3**



**B-4**



**B-5**

# EXHIBIT C



# EXHIBIT D



**Post**

**@cerisecastle.bsky.social**
@cerisecastle

27 weeks later.
@GroundGameLA has threatened to sue me for speaking out.
@GroundGameLA is still displaying and profiting from my work on their website, ignoring takedown notices from my attorneys.

Are these really people who want what's best for Los Angeles?

**@cerisecastle.bsky.social** @cerisecastle · Apr 11, 2024

I've been on Knock LA's admin team since 2022. I've coordinated skills building workshops w/ journalism orgs, overseen award winning reporting & secured major funders. Last night @GroundGameLA maliciously deleted all of my @knockdotLA accounts. Pls read our newsroom's open letter

In 2017, members of Ground Game LA created a Medium blog called Knock LA. In 2021, Knock LA leadership re-launched the blog as an independent newsroom with the publication of Cerise Castle's groundbreaking series on deputy gangs, 'A Tradition of Violence.'

Knock LA has provided crucial reporting on issues facing the Greater LA region such as

Ground Game LA, as well as Ground Game LA beginning a transfer of Knock LA's journalism grants to Knock LA accounts.

At 8:30PM on 4/10/2024, Ground Game LA removed Cerise Castle, Ben Camacho, and Katja Schatte from Slack. They also deleted any accounts they individually had on the Knock LA workspace.

Ground Game LA also has removed our access

freelancers and leadership of Knock LA, are now going public as a last resort to have full control of our newsroom. Please stand with us and demand that Ground Game LA return what is ours. You can post about it on social media using this toolkit, and send a letter to Ground Game LA and POWER leadership here.

Ground Game LA: hands off our work! Apologize to Knock LA, complete the asset transfers, cease the stifling of LA journalism!

outside of Knock LA and has put that employment at risk.
+ Due to the lockout, Knock LA has no way to contact organizations who have scheduled training and workshops to develop the newsroom's journalism skills.
+ Ground Game LA also has removed our access to our social media accounts and administrative emails.

3:13 PM · Oct 31, 2024 · **8,959** Views

4          39          152          6

# EXHIBIT E

